**EDELSBERG LAW, P.A.**
Aaron M. Ahlzadeh, Esq. (*pro hac vice*)
20900 NE 30th Ave, Suite 417
Aventura, FL 33180
Telephone: (786) 289-9471
aaron@edelsberglaw.com

**SHAMIS & GENTILE, P.A.**
Garrett O. Berg, Esq. (*pro hac vice*)
14 NE 1st Avenue, Suite 705
Miami, Florida 33132
Telephone: 305-479-2299
gberg@shamisgentile.com

*Counsel for Plaintiff Brian Carmichael and the Proposed Classes*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Brian Carmichael, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GGM, LLC d/b/a Curaleaf AZ Glendale f/k/a Glendale Greenhouse, a Florida Limited Liability Company,<br><br>Defendant. | Case No. 2:20-cv-01534-MTL<br><br>**CLASS ACTION**<br><br>**Notice of Filing Amended Complaint**<br><br>**JURY TRIAL DEMANDED** |

**FIRST AMENDED CLASS ACTION COMPLAINT**

Plaintiff Brian Carmichael, pursuant to LRCiv 15.1, hereby gives notice of filing his First Amended Complaint as a matter of course. Attached hereto is a copy of the amended pleading that indicates in what respect it differs from the pleading which it amends, by bracketing or striking through the text that was deleted and underlining the text that was added.

DATED this 13th day of October, 2020

>Respectfully submitted by:
>
>*/s/ Aaron Ahlzadeh*
>Aaron M. Ahlzadeh, Esq.
>Florida Bar No. 111329
>aaron@edelsberglaw.com
>**EDELSBERG LAW, P.A.**
>20900 NE 30th Ave, Suite 417
>Aventura, FL 33180
>Telephone: (786) 289-9589
>
>**SHAMIS & GENTILE, P.A.**
>Garrett O. Berg, Esq.
>Florida Bar No. 1000427
>gberg@shamisgentile.com
>14 NE 1st Avenue, Suite 705
>Miami, FL 33132
>Telephone: 305-479-2299
>*Counsel for Plaintiff Brian Carmichael and the Proposed Classes*

**FIRST AMENDED CLASS ACTION COMPLAINT**