**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brian Carmichael,<br><br>           Plaintiff,<br><br>v.<br><br>GGM LLC,<br><br>           Defendant. | No. CV-20-01534-PHX-ROS<br><br>**ORDER** |

At present, there are three pending motions and many competing notices of supplemental authority. (Doc. 17, 26, 30, 32, 34, 36, 37, 38, 39, 40, 41). To ensure the Court can understand the parties' current positions, all the motions will be denied and Defendant will be required to file a new response to the Third Amended Complaint. Should Defendant choose to file another motion to dismiss, that motion must incorporate *all* the arguments Defendant wishes to make. Neither party may file future motions, oppositions, or replies that incorporate arguments made in other filings.

Accordingly,

**IT IS ORDERED** the Motions to Dismiss (Doc. 17, 26, 30) are **DENIED**.

**IT IS FURTHER ORDERED** no later than **May 24, 2021**, Defendant shall respond to the Third Amended Complaint.

Dated this 17th day of May, 2021.

Honorable Roslyn O. Silver
Senior United States District Judge