# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brian Carmichael,<br><br>      Plaintiff,<br><br>v.<br><br>GGM LLC,<br><br>      Defendant. | NO. CV-20-01534-PHX-ROS<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed January 4, 2022, judgment is hereby entered and this case is dismissed with prejudice.

Debra D. Lucas
District Court Executive/Clerk of Court

January 20, 2022

By    s/ S. Strong
        Deputy Clerk